| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brenda L Gooden** | Social Security number or ITIN  xxx–xx–1181 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **12–81384** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brenda L Gooden

Dated February 9, 2018

*William R. Sawyer*
William R. Sawyer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

Case 12-81384   Doc 85   Filed 02/11/18   Entered 02/11/18 23:54:18   Desc Imaged
Certificate of Notice   Page 1 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 12-81384-WRS  
Brenda L Gooden  Chapter 13  
Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-3    User: desma    Page 1 of 2    Date Rcvd: Feb 09, 2018  
                       Form ID: 3180W    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
```
db          +Brenda L Gooden,   2796 County Road 33,   Auburn, AL 36830-1146
aty         +Richard D. Shinbaum,   Shinbaum Law Firm,   566 South Perry Street,   Montgomery, AL 36104-4632
2770462     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
2678581     +CASH LOANS,   33 SOUTH PERRY STREET,   MONTGOMERY, AL 36104-3756
2678583     +COLONIAL,   671 S. PERRY STREET,   Montgomery, AL 36104-5819
2678584    ++CORTRUST BANK,   PO BOX 7030,   MITCHELL SD 57301-7030
             (address filed with court:  CorTrust Bank,   P O Box 7010,   Mitchell, SD 57301-7010)
2678585     +CREDIT EXPRESS,   3207 ATLANTA HWY,   Montgomery, AL 36109-3435
2678586     +EDFINEDBNY,   123 CENTER PARK DRIVE,   Knoxville, TN 37922-2166
2678574      EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,   Atlanta, GA 30374-0241
2678576      EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
2678587     +FIRST FRANKLIN,   632 S. MEMORIAL DRIVE,   PRATTVILLE, AL 36067-3637
2678592      HSBC BANK,   P.O. Box 52530,   Carol Stream, IL 60196
2678598     +SPRINGFIELD FINANACIAL,   4029 ATLANTA HWY,   Montgomery, AL 36109-2920
2678575     +TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,   CHESTER, PA 19016-2000
2717208      U.S. Department of Education,   P.O. Box 5609,   Greenville, TX 75403-5609
2678600      WFNB/SPIEG,   PO BOX 659705,   Columbus, OH 43218
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: trustees_office@ch13mdal.com Feb 09 2018 20:45:20    Sabrina L. McKinney,
              P.O. Box 173,   Montgomery, AL 36101-0173
2678577     +E-mail/Text: bpage@acceptanceloan.com Feb 09 2018 20:45:13     Acceptance Loan Co., Inc.,
              6659 Atlanta Highway,   Montgomery, AL 36117-4236
2678578      EDI: CAPITALONE.COM Feb 09 2018 20:38:00     CAPITAL ONE,   PO BOX 5155,
              ATTN; BANKRUPTCY CORRESPONDENCE,   Norcross, GA 30091
2678580      EDI: CAPONEAUTO.COM Feb 09 2018 20:38:00     CAPITAL ONE AUTO,   3901 NORTH DALLAS TOLLWAY,
              Plano, TX 75093
2678582     +E-mail/Text: chesterfieldmtg@bellsouth.net Feb 09 2018 20:45:18     CHESTERFIELD LOANS,
              19 S. PERRY STREET,   MONTGOMERY, AL 36104-3756
2678579      EDI: CAPITALONE.COM Feb 09 2018 20:38:00     Capital One,   P.O. Box 30285,
              Salt Lake City, UT 84130-0285
2694873     +EDI: AISACG.COM Feb 09 2018 20:38:00     Capital One Auto Finance c/o AIS Portfolio Service,
              4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
3405134     +EDI: AISACG.COM Feb 09 2018 20:38:00     Capital One Auto Finance,,
              c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
2678588      EDI: AMINFOFP.COM Feb 09 2018 20:38:00     First Premier Bank,   P.O. Box 5529,
              Sioux Falls, SD 57117-5529
2678589      EDI: RMSC.COM Feb 09 2018 20:38:00     GECRB/WALMART,   PO BOX 965024,   Orlando, FL 32896-5024
2678590     +E-mail/Text: carol.brensing@usdoj.gov Feb 09 2018 20:44:43     HON. R. Randolph Neely,
              ASSISTANT UNITED STATES ATTY.,   P.O. BOX 197,   MONTGOMERY, AL 36101-0197
2678591     +EDI: HFC.COM Feb 09 2018 20:38:00     HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
2678593      EDI: IRS.COM Feb 09 2018 20:38:00     INTERNAL REVENUE SERVICE,   INSOLVENCY,
              801 TOM MARTIN DR., ROOM 126,   BIRMINGHAM, AL 35211
2955071      EDI: RESURGENT.COM Feb 09 2018 20:38:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
2678595     +EDI: RESURGENT.COM Feb 09 2018 20:38:00     LVNVFUNDG,   PO BOX 10584,
              Greenville, SC 29603-0584
2678596     +EDI: HFC.COM Feb 09 2018 20:38:00     ORCHARD BANK,   1301 E. TOWER RD.,
              Schaumburg, IL 60173-4331
2830226     +EDI: PRA.COM Feb 09 2018 20:38:00     PRA Receivables Management, LLC,   POB 41067,
              Norfolk, VA 23541-1067
2678597     +EDI: MERRICKBANK.COM Feb 09 2018 20:38:00     SPIEGEL,   PO BOX 9204,
              Old Bethpage, NY 11804-9004
2746491      EDI: AGFINANCE.COM Feb 09 2018 20:38:00     Springleaf Financial Services,   P.O. Box 3251,
              Evansville, IN 47731-3251
2678599     +E-mail/Text: bknotices@conduent.com Feb 09 2018 20:45:21     US DEPARTMENT OF EDUCATION,
              PO BOX 7063,   Utica, NY 13504-7063
                                                                                              TOTAL: 20
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
cr*          LVNV Funding LLC,   c/o Resurgent Capital Services,   PO Box 10587,
              Greenville, SC  29603-0587
cr*         +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
2705299*    +Capital One Auto Finance c/o AIS Portfolio Service,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
2678594*     INTERNAL REVENUE SERVICE,   P O BOX 7317,   Philadelphia, PA 19101-7317
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
        Bankruptcy Administrator    ba@almb.uscourts.gov
        Richard D. Shinbaum    on behalf of Debtor Brenda L Gooden rshinbaum@smclegal.com, scarter@smclegal.com;tbramlett@smclegal.com
        Sabrina L. McKinney    trustees_office@ch13mdal.com
        TOTAL: 3